**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DIANNE H.,

                Plaintiff,            21 **CIVIL** 6235 (GRJ)

    -v-                                    **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 28, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
          November 29, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                           **BY:**    *K. Mango*

                                                                    **Deputy Clerk**